STEPHEN D. HANS
& ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

The request is GRANTED. Settlement papers shall be filed no later than November 13, 2026. The telephonic fairness hearing scheduled for November 12, 2026 is rescheduled to November 19, 2026 at 3:00 p.m. The parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID # 358639322, and follow the necessary prompts.
Date: November 9, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

***VIA ECF***
Honorable Judge Lewis Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Bautista et al v. One Two Thai Inc., et al.
Case No. 26-cv-02988-LJL

Dear Honorable Judge Liman:

Our firm represents the Defendants in the above-referenced matter. I write with the consent of Plaintiff's counsel to respectfully request an extension of time to file settlement papers.

Pursuant to the Court Order (ECF No. 16), the current deadline to file settlement papers is today. The parties are in the process of finalizing settlement documentation and require additional time to review before proceeding with signatures. Accordingly, the parties respectfully request that the deadline to submit the settlement papers be extended by one week, to November 13, 2026.

We thank the Court for its consideration in this matter and remain available to provide any additional information.

Respectfully Submitted,

/s/Stephen D. Hans
Stephen D. Hans (SH-0798)
30-30 Northern Boulevard, Suite 401
Long Island City, NY 11101
Tel: 718-275-6700

cc (via ECF): All counsel of record