UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERTO BAUTISTA, on behalf of himself and all others similarly situated,

Plaintiff,

-against-

ONE TWO THAI INC. d/b/a ONE TWO THAI; WARAKORN SIRITIPAKUL; FELICIANO GENIS CARILLO; JOHN DOES 1-10; and ABC CORPORATIONS 1-10,

Defendants.

Case No. 1:26-cv-02988-LJL

**~~[PROPOSED]~~ JUDGMENT**

It is ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Alberto Bautista and against Defendants One Two Thai Inc. d/b/a One Two Thai, Warakorn Siritipakul, and Feliciano Genis Carillo, jointly and severally, in the sum of Fifty Thousand Dollars ($50,000.00), plus Plaintiff's reasonable attorneys' fees and costs incurred in the Action and enforcement in an amount to be determined by the Court upon application by Plaintiff pursuant to Fed. R. Civ. P. 54(d), the Fair Labor Standards Act, 29 U.S.C. § 216(b), and the New York Labor Law, unless the parties otherwise agree in writing as to the amount of such fees and costs ("Judgment Amount"), pursuant to Defendants' accepted Offer of Judgment under Fed. R. Civ. P. 68.

Notwithstanding the foregoing, the Judgment Amount shall be fully satisfied, and no execution shall issue on this Judgment, if Defendants pay to Plaintiff the total sum of Twenty-Five Thousand Dollars ($25,000.00) ("Settlement Sum"), inclusive of all attorneys' fees and costs, in twenty-five (25) equal consecutive monthly installments of One Thousand Dollars ($1,000.00) each. The first installment shall be due within thirty (30) days after this Court's entry of judgment, and each subsequent installment shall be due on the same day of each succeeding month until the

Settlement Sum is paid in full. Timely payment of all twenty-five (25) installments shall constitute full satisfaction of this Judgment, and Plaintiff shall thereafter file a satisfaction of judgment.

If Defendants fail to make any installment payment when due, Plaintiff's counsel shall provide written notice of such default to Defendants' counsel, Stephen D. Hans & Associates, P.C., by email to shans@hansassociates.com (or such other email address as Defendants' counsel may designate in writing), which shall be sufficient and effective notice of default for all purposes. Defendants shall have ten (10) days from the date such email notice is sent to cure the default by making the past-due payment. If Defendants fail to cure the default within that ten (10) day period, the entire unpaid balance of the Judgment Amount of Fifty Thousand Dollars ($50,000.00), plus attorneys' fees and costs as provided above, less any installment payments actually received by Plaintiff, shall immediately become due and payable, and Plaintiff may execute upon and enforce this Judgment for that amount without further notice or order of the Court.

Upon entry of this Judgment, Plaintiff releases and discharges Defendants, and their respective owners, officers, employees, agents, successors, and assigns, from all wage-and-hour claims that were asserted or could have been asserted in the Action arising out of Plaintiff's employment, including all claims for unpaid minimum wages, unpaid overtime, spread-of-hours pay, unreimbursed tools-of-the-trade and business expenses, liquidated damages, statutory damages for wage-notice and wage-statement violations, interest, attorneys' fees, and costs, under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and the New York Labor Law. This release is limited to wage-and-hour claims and does not extend to any other claims.

This Judgment shall not be construed as an admission of liability on the part of Defendants, or any of them.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Date: November 17, 2026